Jon P. Jacobs (SBN 205245)
Terry L. Baker (SBN 214365)
LAW OFFICES OF JON JACOBS
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
jpj@lemonbuyback.com
terry@lemonbuyback.com

Attorneys for Plaintiff

JOHN WAGNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WAGNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC.; and DOES ONE through TEN,<br><br>　　　　Defendant. | CASE NO.: 3:19-cv-00338-JST<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS THE CASE** |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

**PLEASE TAKE NOTICE** that on October 8, 2019, the parties in the matter referenced herein reached a settlement. The parties have stipulated to have the case dismissed on December 9, 2019.

///

///

///

1

Wagner v. Forest River, Inc., et al.　　　　　　　　　　　　　　Notice of Settlement and Stipulation

1  If for some reason the settlement is not concluded by December 9, 2019, Plaintiff will file such notice with the court to extend the deadline.

**IT IS SO STIPULATED.**

Dated: October 8, 2019                    LAW OFFICES OF JON JACOBS

                                          By: */s/ Terry L. Baker*
                                             Robert E. Davies

DATED:  October 8, 2019                   **DONAHUE • DAVIES LLP**


                                          By: */s/ Gregory A. Nelson*
                                             Robert E. Davies
                                             Gregory A. Nelson
                                             Attorneys for Defendants
                                             **FOREST RIVER, INC. and
                                             ALAN GREGG VOGEL DBA
                                             VOGEL'S RV**

2

Wagner v. Forest River, Inc., et al.                    Notice of Settlement and Stipulation