Terry L. Baker (SBN 214365)
LAW OFFICES OF JON JACOBS
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Telephone: (916) 663-6400
Facsimile: (916) 663-6500

Attorneys for Plaintiff
JOHN WAGNER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WAGNER,<br><br>             Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC.; and DOES ONE through TEN,<br><br>             Defendant. | CASE NO.: 4:19-cv-00338-JST<br><br>**NOTICE OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: November 11, 2019                    LAW OFFICES OF JON JACOBS

                                            */s/ Terry L. Baker*
                                            Terry L. Baker
                                            Attorney for Plaintiff
                                            JOHN WAGNER

Dated: November 12, 2019                    DONAHUE DAVIES LLP

                                            */s/Gregory A. Nelson*
                                            Gregory A. Nelson
                                            Attorney for Defendant
                                            FOREST RIVER, INC.

---

1

Wagner v. Forest River, Inc., et al.                                            Notice of Dismissal